UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONLON, FRANTZ, PHELAN, and VARMA, LLP,<br><br>                Plaintiff,<br><br>          v.<br><br>ROBERT T. JOHNSON,<br><br>                Defendant. | Civil Action 07-01595 (HHK) |

## ORDER TO REMAND

This matter having come before the court upon plaintiff's motion to remand to the Superior Court of the District of Columbia, and the defendant having consented thereto, and there appearing to be good cause for granting the same, it is by the court on this 24th day of September, 2007,

**ORDERED** that the foregoing motion be, and the same is hereby granted, and that this action be remanded to the Superior Court of the District of Columbia.

**SO ORDERED.**

                                                      Henry H. Kennedy, Jr.
                                                    United States District Judge